# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

### BEFORE THE HONORABLE BRADLEY W. RATH

### INITIAL APPEARANCE/ARRAIGNMENT

| | | | |
|---|---|---|---|
| Case Number: | 1:23-cr-00078-HSO-BWR | UNITED STATES vs. Cotrill | |
| Hearing Date: | 6/30/2023 | Time In and Out: | 2:39 pm to 2:51 pm |
| Clerk: | AB | Courtroom: | 683 |
| Defendant: | Cameron Willis Cotrill | Defendant's Counsel: | James Farrior |
| AUSA: | Lee Smith | Pretrial/Probation: | Sandra Doll |
| Interpreter: | N/A | DUSMs: | Justun Patrick/Sam Britt |
| CSO: | Tom Bishop | | |

**PROCEEDINGS**

- ☒ Defendant sworn
- ☒ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant waives reading of the Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Discovery Order entered
- ☒ Order Regarding Brady Disclosures acknowledged
- ☒ Trial Date: September 5, 2023 before District Judge Halil S. Ozerden

**Custody Status**

| | | |
|---|---|---|
| ☒ | Government seeking detention. Defendant requesting Detention Hearing. | |
| ☒ | Defendant detained pending hearing | Detention Hearing set for 7/6/2023 at 9:30 am before US Magistrate Judge Robert P. Myers, Jr. |
| ☐ | Defendant waives detention hearing. | |
| ☐ | Conditions | |

**Other**

- ☐