**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                          **CRIMINAL NO. 1:23-cr-78-HSO-BWR**

**CAMERON WILLIS COTRILL**

**UNOPPOSED MOTION TO CONTINUE
TRIAL SETTING AND ALL RELATED DEADLINES**

COMES NOW, CAMERON WILLIS COTRILL, Defendant in the above styled and
numbered cause, by and through his attorney of record, James L. Farrior, III, and moves this
Honorable Court to continue the trial that has been set during the three-week criminal calendar
commencing on September 5, 2023, and all deadlines and hearings related thereto, and in support
of said Motion would show unto the Court as follows, to-wit:

1.

Pursuant to the Trial Order entered herein on June 30, 2023, the trial of this matter has
been set during the three-week criminal calendar commencing on September 5, 2023, and the
change of plea deadline is August 15, 2023.

2.

Defense counsel has just recently received discovery in this matter. The discovery is
voluminous and counsel needs time to review the discovery and discuss same with his client and
is unable to do so prior to the plea and trial deadlines currently set herein. Therefore, counsel
requests a continuance of the trial and all deadlines and hearings related thereto in this matter.

3.

Counsel would further show that this continuance is requested not to hinder or delay
justice, but to ensure that the ends of justice are properly served.

1

4.

The United States Attorney's Office has no objection to the continuances requested.

5.

 Defendant waives any speedy trial rights, constitutional or statutory.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that his Motion be received and filed, and requests this Honorable Court to enter a new trial order continuing the trial of this matter and extending the deadlines contained in the current trial order.

RESPECTFULLY SUBMITTED, this 8th day of August, 2023.

CAMERON WILLIS COTRILL

BY:    /s/JAMES L. FARRIOR, III

James L. Farrior, III
P.O. Box 4369
Biloxi, MS 39535
T: (228) 388-1924
F: (228) 388-0883
james@farriorlawfirm.com
MSB No. 5149

## <u>CERTIFICATE OF SERVICE</u>

I, JAMES L. FARRIOR, III, do hereby certify that I have this date electronically filed a true and correct copy of the foregoing Unopposed Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which sent notification to the following CM/ECF participants:

> Hon. Andrea Cabell Jones
> Assistant United States Attorney

Further, I do hereby certify that I have this date mailed a true and correct copy of the foregoing Motion to the following:

> Cameron Willis Cotrill
> 171 Savannah Millard Road
> Poplarville, MS 39470

SO, CERTIFIED this the 8th day of August, 2023.

/s/JAMES L. FARRIOR, III

James L. Farrior, III
P.O. Box 4369
Biloxi, MS 39535
T: (228) 388-1924
F: (228) 388-0883
james@farriorlawfirm.com
MSB No. 5149