IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                                          CRIMINAL NO. 1:23-cr-78-HSO-BWR

CAMERON WILLIS COTRILL

### MOTION TO EXTEND PLEA DEADLINE

COMES NOW, CAMERON WILLIS COTRILL, Defendant in the above styled and numbered cause, by and through his attorney of record, James L. Farrior, III, and moves this Honorable Court to extend the plea deadline in this cause, and in support of same would show unto the Court as follows, to-wit:

1.

That the deadline for filing of a change of plea is December 11, 2023. The Pretrial Conference is set for December 19, 2023.

2.

Counsel would show that he received a plea recommendation on December 5, 2023, and needs additional time to discuss the same with the Defendant, who is currently housed at the Pearl River County Jail.

3.

Therefore, Defendant requests the plea deadline be extended from December 11, 2023, to December 15, 2023.

4.

Counsel would further show that the extension requested is not filed for the purposes of hindering or delaying justice, but to ensure that the ends of justice are properly served.

5.

The United States Attorney's Office has no objection to the continuance requested.

6.

Defendant waives any speedy trial rights, constitutional or statutory.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that his Motion be received and filed, and requests this Honorable Court to enter its order extending the plea deadline.

RESPECTFULLY SUBMITTED, this 6th day of December, 2023.

CAMERON WILLIS COTRILL

BY:   */s/JAMES L. FARRIOR, III*_____
JAMES L. FARRIOR, III

James L. Farrior, III
P.O. Box 4369
Biloxi, MS 39535
T: (228) 388-1924
F: (228) 388-0883
james@farriorlawfirm.com
MSB No. 5149

## CERTIFICATE OF SERVICE

I, JAMES L. FARRIOR, III, do hereby certify that I have this date electronically filed a true and correct copy of the foregoing Unopposed Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which sent notification to the following CM/ECF participants:

**Hon. Andrea Cabell Jones**
**Assistant United States Attorney**

Further, I do hereby certify that I have this date mailed a true and correct copy of the foregoing Motion to the following:

**Cameron Willis Cotrill**
**171 Savannah Millard Road**
**Poplarville, MS 39470**

SO, CERTIFIED this the 6th day of December, 2023.

/s/*JAMES L. FARRIOR, III*_____
JAMES L. FARRIOR, III

James L. Farrior, III
P.O. Box 4369
Biloxi, MS 39535
T: (228) 388-1924
F: (228) 388-0883
james@farriorlawfirm.com
MSB No. 5149