IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                    CRIMINAL CASE NO. 1:23-cr-00078-HSO-BWR

CAMERON WILLIS COTRILL

### NOTICE OF INTENT TO CHANGE PLEA TO GUILTY

COMES NOW, the Defendant, CAMERON WILLIS COTRILL, by and through his undersigned counsel of record, James L. Farrior, III, and notifies the Court and United States Attorney's office of his intent to change his plea to guilty to Count 2 of the Indictment brought against him by the Government.

Respectfully submitted, this the 14th day of December, 2023.

CAMERON WILLIS COTRILL

By:   */s/ JAMES L. FARRIOR, III*
      JAMES L. FARRIOR, III
      MISSISSIPPI BAR NO. 5149
      P.O. Box 4369
      Biloxi, MS 39535
      228.388.1924 – Office
      228.388.0883 – Facsimile
      Attorney for Defendant

### CERTIFICATE OF SERVICE

I, JAMES L. FARRIOR, III, do hereby certify that I have this day electronically filed the Notice of Intent to Change Plea to Guilty with the Clerk of the Court using the ECF system which sent notification of such filing to the Assistant United States Attorney Honorable Darren J. Lamarca.

Respectfully submitted this the 14th day of December, 2023.

*/s/ JAMES L. FARRIOR, III*
JAMES L. FARRIOR, III