IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
1 - SOUTHERN DIVISION (Gulfport)

| | | |
|---|---|---|
| UNITED STATES | | PLAINTIFF |
| VERSUS | CRIMINAL NO: | 1:23cr78HSO-BWR-001 |
| CAMERON WILLIS COTRILL | | DEFENDANT |

### NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that _____ has been assigned as Probation Officer for Defendant _____ and should be noticed of all future pleadings by adding as an Interested Party to said case.

**OR**

### NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that __Matthew Sones__ has been assigned as Probation Officer for Defendant __Cameron Willis Cotrill__ and should be noticed of all future pleadings by adding as an Interested Party to said case. Probation Officer __Sandra Doll__ is no longer assigned to this defendant and should be terminated as an Interested Party for notice.

MARK D. QUARLES
CHIEF U.S. PROBATION OFFICER

By: _____
Digitally signed by Jason C Alexis
Date: 2023.12.14 11:39:23 -06'00'